DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 514-1263
    Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391/(213) 894-4493
    Facsimile: (213) 894-7177
    Email: John.Kucera@usdoj.gov
        Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL RIGHTS TO AND INTERESTS IN THE MOTION PICTURES "DADDY'S HOME" AND "DUMB AND DUMBER TO," BELONGING TO RED GRANITE PICTURES,<br><br>        Defendants. | No. CV 17-4439-DSF (PLAx)<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO COMPLAINT BY AT LEAST AN ADDITIONAL 30 DAYS**<br><br>Current Claim and Answer Dates: 2/15/18 and 3/8/18<br><br>New Response Dates: 3/15/18 and 4/5/18 |
|---|---|

This action was filed on June 15, 2017, against the defendants "Any and all rights to and interest in the motion pictures 'Daddy's Home' and 'Dumb and Dumber To,' belonging to Red Granite Pictures" (the "Defendant Assets"). Red Granite Pictures, Inc.; Red Granite Capital Ltd.; Red Granite Capital US, LLC; Red Granite International, Inc.; Red Granite Entertainment Holdings, LLC; DDTo Finance, LLC; Dumb and Dumber To, LLC; RGDD2 Productions, LLC; Daddy's Home, LLC; Riza Shahriz Bin Abdul Aziz; Christopher Joey McFarland; the Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists, the Writers Guild of America West, Inc.; their respective Pension and Health Plans; the Motion Picture Industry Pension and Health Plans; and Paramount Pictures (collectively, "potential claimants") each may have a potential interest in the Defendant Assets.

On September 15, 2017, interested party Red Granite Pictures, Inc. filed a "Notice of Settlement." Subsequently, the parties have agreed to an additional thirty-day extension of the deadline as to the claim and answer due, set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. At present, the deadline to file any claim to the Defendant Assets is February 15, 2018, and any answer would be due March 8, 2018. Accordingly, with this requested extension, the potential claimants' time to file a claim is extended from February 15, 2018 to March 15, 2018, and the time to file an answer is extended from March 8, 2018 to April 5, 2018.

The parties agree that these extended deadlines will permit the United States and potential claimants to finalize the specifics of the settlement agreement reached between the Government and the

2

1 potential claimants and for the Government to obtain those approvals
2 necessary to enter such a settlement agreement.
3      By the signature of their attorneys hereunder, the parties
4 stipulate and request that this Court extend potential claimants'
5 claim deadline to March 15, 2018, and extend the Answer deadline to
6 April 5, 2018.

Dated: February 15, 2018                Respectfully submitted,

                                        DEBORAH CONNOR
                                        Acting Chief, AFMLS

                                        NICOLA T. HANNA
                                        United States Attorney


                                             /s/*John J. Kucera*
                                        ─────────────────────────
                                        JOHN J. KUCERA
                                        JONATHAN GALATZAN
                                        Assistant United States Attorneys

                                        WOO S. LEE
                                        Deputy Chief, MLARS
                                        JONATHAN BAUM
                                        BARBARA LEVY
                                        Trial Attorneys, MLARS

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: February 15, 2018
                                          /s/(per e-mail confirmation)
                                        ─────────────────────────
                                        MATTHEW L. SCHWARTZ
                                        DAVID L. ZIFKIN

                                        Attorneys for Claimants
                                        Red Granite Pictures, Inc.;
                                        Red Granite Capital US, LLC;
                                        Red Granite Capital Ltd.;
                                        Red Granite International, Inc.;
                                        Red Granite Entertainment Holdings,
                                        LLC;
                                        DDTo Finance, LLC;

|   |   |
|---|---|
| 1 | Dumb and Dumber To, LLC; |
| 2 | RGDD2 Productions, LLC; Daddy's Home, LLC; |
| 3 | Riza Shahriz Bin Abdul Aziz; Christopher Joey McFarland |

Dated: February 15, 2018            /s/(Per e-mail confirmation)_____
                                    JOSEPH A. KOHANSKI

                                    Attorneys for Claimants
                                    The Directors Guild of America, Inc.;
                                    Screen Actors Guild-American Federation
                                    of Television and Radio Artists; the
                                    Writers Guild of America West, Inc.;
                                    their respective Pension and Health
                                    Plans; and the Motion Picture Industry
                                    and Health Plans

Dated: February 15, 2018             /s/(per e-mail confirmation)_____
                                    RICHARD B. KENDALL

                                    Attorneys for Claimant
                                    Paramount Pictures