UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL RIGHTS TO AND INTERESTS IN THE MOTION PICTURES "DADDY'S HOME" AND "DUMB AND DUMBER TO," BELONGING TO RED GRANITE PICTURES,<br><br>        Defendants. | NO. CV 17-4439-DSF (PLAx)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING CLAIM DEADLINE TO MARCH 15, 2018 AND ANSWER DEADLINE TO APRIL 5, 2018** |

    Pursuant to stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the time within which potential claimants Red Granite Pictures, Inc.; Red Granite Capital Ltd.; Red Granite Capital US, LLC; Red Granite International, Inc.; Red Granite Entertainment Holdings, LLC; DDTo Finance, LLC; Dumb and Dumber To, LLC; RGDD2 Productions, LLC; Daddy's Home LLC; Riza Shahriz Bin Abdul Aziz; Christopher Joey McFarland; the Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; the Writers Guild of America West, Inc.; their respective Pension and Health Plans; the Motion Picture

1  Industry Pension and Health Plans; and Paramount Pictures ("potential
2  claimants") may file claims identifying their right or interest in
3  the defendant property in the above-referenced case is extended to
4  March 15, 2018, and the time within which potential claimants must
5  file any answer or otherwise respond to the Complaint in the above-
6  referenced case is extended to April 5, 2018.

9  DATED: _____         _____
                                          UNITED STATES DISTRICT JUDGE

11 PRESENTED BY:

12 DEBORAH CONNOR, Acting Chief
   Money Laundering and Asset Recovery Section (MLARS)
13 United States Department of Justice
   WOO S. LEE
14 JONATHAN BAUM
   BARBARA LEVY
15 Criminal Division
   U.S. Department of Justice

17 NICOLA T. HANNA
   United States Attorney
18 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
19 Chief, Criminal Division
   STEVEN R. WELK
20 Assistant United States Attorney
   Chief, Asset Forfeiture Section

23 /s/*John J. Kucera*
   JOHN J. KUCERA
24 JONATHAN GALATZAN
   Assistant United States Attorneys

26 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

2

**PROOF OF SERVICE BY E-MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **February 15, 2018**, I served a copy of: **STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO INITIAL COMPLAINT BY AT LEAST AN ADDITIONAL 30 DAY; [PROPOSED] ORDER EXTENDING CLAIM DEADLINE TO MARCH 15, 2018, AND ANSWER DEADLINE TO APRIL 5, 2018** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:   kohanski@bushgottlieb.com; kprestgard@bushgottielb.com; dahdoot@bushgottlieb.com; rkendal@kbkfirm.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **February 15, 2018** at Los Angeles, California.

                                              /s/ ***S. Beckman***
                                              SHANNEN BECKMAN