UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL RIGHTS TO AND INTERESTS IN THE MOTION PICTURES "DADDY'S HOME" AND "DUMB AND DUMBER TO," BELONGING TO RED GRANITE PICTURES,<br><br>    Defendants. | NO. CV 17-4439-DSF (PLAx)<br><br>**ORDER EXTENDING CLAIM DEADLINE TO MARCH 15, 2018 AND ANSWER DEADLINE TO APRIL 5, 2018** |

    Pursuant to stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the time within which potential claimants Red Granite Pictures, Inc.; Red Granite Capital Ltd.; Red Granite Capital US, LLC; Red Granite International, Inc.; Red Granite Entertainment Holdings, LLC; DDTo Finance, LLC; Dumb and Dumber To, LLC; RGDD2 Productions, LLC; Daddy's Home LLC; Riza Shahriz Bin Abdul Aziz; Christopher Joey McFarland; the Directors Guild of America, Inc.; Screen Actors Guild-American Federation of Television and Radio Artists; the Writers Guild of America West, Inc.; their respective Pension and Health Plans; the Motion Picture

Industry Pension and Health Plans; and Paramount Pictures ("potential claimants") may file claims identifying their right or interest in the defendant property in the above-referenced case is extended to March 15, 2018, and the time within which potential claimants must file any answer or otherwise respond to the Complaint in the above-referenced case is extended to April 5, 2018.

DATED: 2/16/18

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO S. LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/*John J. Kucera*
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA